OPINION — AG — THE PROVISIONS OF 70 O.S. 1977 Supp., 6-103.1 [70-6-103.1] THRU 70 O.S. 1977 Supp., 6-103.15 [70-6-103.15], AS AMENDED, HAVE NO APPLICATION TO TEACHERS OR COUNSELORS IN SKILLS CENTERS OR INMATE TRAINING CENTERS OPERATED BY THE STATE DEPARTMENT OF VOCATIONAL AND TECHNICAL EDUCATION INASMUCH AS SUCH PROGRAMS ARE INTENDED TO BE EXCLUSIVELY ADULT EDUCATION PROGRAMS AND "ADULT EDUCATION TEACHERS" ARE EXPRESSLY EXCLUDED FROM THE "DISMISSAL, SUSPENSION AND NON RE EMPLOYMENT PROCEDURES" OF 70 O.S. 1977 Supp., 6-103.1 [70-6-103.1] THRU 70 O.S. 1977 Supp., 6-103.15 [70-6-103.15] CITE: OPINION NO. 79-179 70 O.S. 1973 Supp., 1-116 [70-1-116], 70 O.S. 1974 Supp., 1210.271 [70-1210.271] (JOHN F. PERCIVAL)